IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BRETT KIMBERLIN,<br><br>      Plaintiff,<br><br>      v.<br><br>HULU, INC., DISNEY+ INC., NETFLIX, NETFLIX AUSTRALIA, APPLE TV+, UMBRELLA HOME ENTERTAINMENT, ANNA VINCENT, SOUTHERN LIGHT ALLIANCE FILMS PTY LTD., ADAM KAMIEN, and LUKE RYNDERMAN<br><br>      Defendants. | No.   25-cv-2389 |

### NOTICE OF REMOVAL OF DEFENDANTS HULU INC., DISNEY+ INC., NETFLIX, NETFLIX AUSTRALIA, AND APPLE TV+

Defendants Hulu, Inc., Disney+ Inc., Netflix, Netflix Australia, and Apple TV+ (together, the "Removing Defendants") by and through the undersigned counsel, hereby give notice of removal of the above action from the Circuit Court for Montgomery County, Maryland to the United States District Court for the District of Maryland, pursuant to 28 U.S.C. §§ 1332(a), 1441, and 1446. As set forth below, this Court has diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332(a). All requirements for removal of this action are met through the allegations contained in the pleadings filed in the State Court and in this Notice of Removal.

In support of this Notice of Removal, the Removing Defendants state as follows:

### BACKGROUND

1. On May 28, 2025, Plaintiff Brett Kimberlin ("Plaintiff") filed a lawsuit in the Circuit Court for Montgomery County, Maryland, styled *Brett Kimberlin v. Hulu Inc., et al.* (C-15-CV-25-002733) (the "State Court Action"). The State Court Action was filed against the

Removing Defendants, as well as several additional defendants that are citizens of Australia ("the Australian Defendants") (collectively "Defendants"). On May 30, 2025, Plaintiff filed an Amended Complaint for Damages, the operative complaint in this action (the "AC"). A copy of the current state court docket sheet is attached hereto as **Exhibit A**.

2. The AC alleges that Defendants created and/or distributed a documentary titled "The Speedway Murders," which allegedly defamed Plaintiff. In addition to a defamation claim, the AC also brings claims for intentional infliction of emotional distress, negligence, gross negligence, invasion of privacy, and fraudulent misrepresentation.

3. Aside from the filing of the initial complaint and AC, no further proceedings have occurred in the State Court Action.

4. Defendants Hulu, Inc., Disney+ Inc., Netflix Australia and Apple TV+ were each served on June 23, 2025. Defendant Netflix was served on June 25, 2025. Copies of the documents served to each Removing Defendant are attached hereto as **Exhibits B-F**. Removal is timely pursuant to 28 U.S.C. § 1446(b)(1) because the Removing Defendants filed this Notice of Removal within 30 days of service of the AC upon each of them.

## DIVERSITY JURISDICTION

5. Pursuant to 28 U.S.C. § 1441(a), defendants may remove any civil action brought in a state court over which the district courts of the United States have original jurisdiction. Federal district courts have original jurisdiction over all civil actions between citizens of different states, and between a citizen of a state and a citizen or subject of a foreign state, where the amount in controversy exceeds the sum or value of $75,000. 28 U.S.C. §§ 1332(a)(1), (2).

6. "[A] person is a citizen of the state in which he is domiciled, meaning the state he considers his permanent home." *Ward v. Walker*, 725 F. Supp. 2d 506, 509 (D. Md. 2010). A

corporation is deemed to be a citizen of both the state in which it is incorporated and the state where it has its principal place of business. 28 U.S.C. § 1332(c)(1). Limited liability companies are deemed to be citizens of every state of which a member is a citizen. *Grupo Dataflux v. Atlas Glob. Grp., L.P.*, 541 U.S. 567, 585 n.1 (2004)

7. This Court has diversity jurisdiction over the State Court Action because there is complete diversity between Plaintiff and all of the Defendants and the amount in controversy exceeds the sum or value of $75,000 exclusive of interest and costs.

8. Plaintiff writes in the case caption that he resides at 8100 Beech Tree Road, Bethesda, Maryland 20817. Thus, Plaintiff is a citizen of Maryland. *See* AC at p.1.

9. Defendant "Hulu Inc." is a limited liability company and its correct name is Hulu, LLC. Hulu LLC is a Delaware limited liability with its principal place of business in California. The members of Hulu, LLC are: (1) ABC Enterprises Acquisition, LLC, a Delaware limited liability company with its principal place of business in New York and (2) TFCF-Hulu Holdings, Inc., a Delaware corporation with its principal place of business in California. The only member of ABC Enterprises Acquisition, LLC is TFCF-Hulu Holdings, Inc.

10. Defendant "Disney+" is a brand name and not a legal entity capable of being sued. The AC alleges that "Disney+ is an affiliate of Disney Incorporated." AC ¶ 16. There is also no "Disney Incorporated" or "Disney, Inc." To the extent the AC may be construed to name The Walt Disney Company, Inc., it is a Delaware corporation with its principal place of business in California.

11. Defendant "Apple TV+" is also a brand name and not a legal entity capable of being sued. To the extent the AC's reference to "parent company Apple" may be construed to name

3

Apple Inc., Apple Inc., is a California corporation with its principal place of business in Cupertino, California.

12. Netflix, Inc., sued here as "Netflix", is a Delaware corporation with its principal place of business in California.

13. Defendant Netflix Australia Pty Ltd., sued here as Netflix Australia, is an Australian corporation with its principal place of business in New South Wales Australia.

14. Defendant Umbrella Entertainment Pty Ltd., sued here as Umbrella Home Entertainment, is an Australian corporation with its principal place of business in Victoria, Australia. *See also* AC ¶ 20 (stating that Umbrella Home Entertainment is located at Unit 13/79-83 High Street, Kew VIC 3101).

15. Defendant Southern Light Alliance Films Pty Ltd., whose correct name is SLA Films Pty Ltd., is an Australian corporation with its principal place of business in South Australia, Australia. *See also* AC at p.1 (stating that Southern Light Alliance is located at 1 Mulberry Road, Glenside, South Australia 5065).

16. Defendant Anna Vincent is a citizen of Australia. *See also* AC ¶ 21 (stating that Vincent is located at 1 Mulberry Road, Glenside, South Australia 5065).

17. Defendant Luke Rynderman is a citizen of Australia. *See also* AC ¶ 22 (stating that Rynderman is located at Suite 75, 61 Marlborough Street, Surrey Hills, New South Wales 2010).

18. Defendant Adam Kamien is a citizen of Australia. *See also* AC ¶ 23 (stating that Kamien is located at Suite 75, 61 Marlborough Street, Surrey Hills, New South Wales 2010).

19. The AC seeks hundreds of millions of dollars in damages from Defendants—far over $75,000. *See* AC ¶¶ 44, 46-47, 51, 59.

20. The undersigned counsel has spoken with all of the Australian Defendants, either directly or through their Australian counsel. All of the Australian Defendants consent to this removal and are aware that undersigned counsel is representing to this Court that each consents. Defendants Southern Light Alliance Films Pty Ltd. and Anna Vincent were, upon information and belief, properly served on July 2, 2025 and each of them consents to this removal. Defendants Umbrella Home Entertainment, Adam Kamien, and Luke Rynderman have, upon information and belief, not yet been properly served. However, they are aware of the State Court Action and this removal, and for the avoidance of any doubt, each of those Defendants has also stated to undersigned counsel that each consents to this removal.

## CONCLUSION

21. For the foregoing reasons, removal is proper because this Court has diversity jurisdiction over the State Court Action. The Removing Defendants therefore remove the case styled *Brett Kimberlin v. Hulu Inc., et al.* (C-15-CV-25-002733) to this Court.

22. Nothing in this Notice of Removal is a waiver by the Removing Defendants, or by any of the remaining consenting Defendants, to any defenses to the claims set forth in the AC, including but not limited to any defenses that this Court lacks personal jurisdiction over any or all of them.

23. Written notice of the filing of this Notice of Removal will promptly be given to Plaintiff and the Clerk of the Montgomery County Circuit Court, as is required by 28 U.S.C. § 1446(d).

WHEREFORE the Removing Defendants respectfully request that this case proceed before this Court as an action properly removed.

Dated: July 22, 2025

Respectfully submitted,

*/s/ Nathan Siegel*
Nathan Siegel (#11169)
Davis Wright Tremaine LLP
1301 K Street NW
Suite 500 East
Washington, D.C. 20005
Tel.: (202) 973-4237
Fax: (202) 973-4499
nathansiegel@dwt.com

Amanda B. Levine (*pro hac vice forthcoming*)
Ryan Hicks (*pro hac vice* forthcoming)
Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
amandalevine@dwt.com
ryanhicks@dwt.com

*Attorneys for Defendants Hulu Inc. (Hulu, LLC), Disney+ Inc. (The Walt Disney Company, Inc.), Netflix (Netflix, Inc.), Netflix Australia (Netflix Australia Pty Ltd.), and Apple TV+ (Apple Inc.).*

**CERTIFICATE OF SERVICE**

I hereby certify that this Notice of Removal, accompanying Exhibits, and Civil Cover Sheet were mailed first-class, postage pre-paid to the following on July 22, 2025:

Brett Kimberlin
8100 Beech Tree Road
Bethesda, MD, 20817

Umbrella Home Entertainment
Unit 13/79-83 High Street
Kew VIC
3101
Australia

Anna Vincent
1 Mulberry road
Glenside
5065
South Australia

Southern Light Alliance Films Pty Ltd
Adelaide Studios
1 Mulberry Road
Glenside
5065
South Australia

Adam Kamien
Suite 75
61 Marlborough Street
Surry Hills
New South Wales
2010

Luke Rynderman
Suite 75
61 Marlborough Street
Surry Hills
New South Wales
2010

/s/ *Nathan Siegel*
Nathan Siegel